**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ABHIRAM4021 INC,**

      **Plaintiff,**

**v.**                                  **Case No: 8:21-cv-2700-MSS-JSS**

**SCOTTSDALE INSURANCE
COMPANY,**

      **Defendant.**

_____

**ORDER**

**THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion to Abate Litigation and Compel Appraisal, (Dkt. 8), and Defendant's response in opposition thereto. (Dkt. 13) On March 25, 2022, United States Magistrate Judge Julie S. Sneed issued a Report and Recommendation, recommending Plaintiff's Motion to Abate Litigation and Compel Appraisal be denied without prejudice. (Dkt. 25) Neither party has filed an objection to Judge Sneed's Report and Recommendation, and the time for doing so has passed.

In the Eleventh Circuit, a district judge may accept, reject, or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or

1

recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 25) is **CONFIRMED** and **ADOPTED** as part of this Order; and

2. Motion to Compel (Dkt. 8) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of April 2022.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person

2